050598/20908/REN/MHW

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| RODNEY BRAZELTON,<br><br>        Plaintiff,<br><br>v.<br><br>WELLPATH, LLC; CHRIS WATKINS; SUSAN BROBSTON; SALLY FOLEY; SHAMAILA GORSI; CARRIE JOANNE ROE; JANA HUSTON; PATRICIA RICE; ERIN O'MALLEY; SUSAN GILLES; EMILY DAWSON; LISA STOUT; MICHELLE NEWMAN; MORGAN RENEE ABRAHAM; PATRICIA EDDLEMON; BRITTANY VANFLEET; DEANDRA SNODDY, and PEORIA COUNTY,<br><br>        Defendants. | Case Number 1:22-cv-01324<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Karen L. McNaught |

## MOTION FOR EXTENSION OF TIME

NOW COME the Defendant, MICHELLE NEWMAN, by and through her attorney, Joy C. Syrcle of CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 6(b), hereby submit for her Motion for Extension of Time, states as follows:

1. Plaintiff filed his Complaint in the above matter on September 20, 2022.

2. Defendant returned the waiver of service that was issued October 14, 2022, and pursuant to Federal Rule of Civil Procedure 4, her responsive pleading is due on or before December 13, 2022.

3. Additional time is needed for the undersigned counsel to confer with the Defendant to finalize the Answer.

4. The undersigned counsel represents Co-Defendants for whom Plaintiff consented to an extension of one week, up to and including December 20, 2022, to answer or otherwise respond to Plaintiff's Complaint.

5. Defendant Newman request her responsive pleading deadline be extended to the same date.

WHEREFORE, for the above reasons, Defendant, MICHELLE NEWMAN, respectfully requests this Honorable Court grant her Motion for Extension of Time or such further relief deemed appropriate.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Joy C. Syrcle
     One of the Attorneys for Defendant,
     MICHELLE NEWMAN

Joy C. Syrcle
ARDC No. 6302066
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jsyrcle@cassiday.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  The electronic case filing system sent a "Notice of E-Filing" to the following:

Sarah Grady
Howard Kaplan
Kaplan & Grady LLC
1953 North Clybourn Avenue
Suite 274
Chicago IL 60614
312.852.2184
sarah@kaplangrady.com
howard@kaplangrady.com
Sarah Brodwolf, Paralegal
brodwolf@kaplangrady.com

                                                                  /s/ Joy C. Syrcle

11266185